[No. 20842-7-III.   Division Three.   February 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL F. McCULLEM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-01861-3, Paul A. Bastine, J., entered January 25, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 20890-7-III.   Division Three.   February 6, 2003.]

JACKSON NATIONAL LIFE INSURANCE COMPANY, *Plaintiff*, v. VERNA F. WINSOR, *Respondent*, MARGOT E. ALAVA, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-2-00032-7, John E. Bridges, J., entered February 14, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.

[No. 21072-3-III.   Division Three.   February 6, 2003.]

SUPERIOR ASPHALT & CONCRETE COMPANY, *Appellant*, v. BARRY S. YULE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 01-2-00050-0, E. Thompson Reynolds, J., entered March 25, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 26939-2-II.   Division Two.   February 7, 2003.]

WEST STAR CORPORATION, ET AL., *Appellants*, v. ALFRED HAMILTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-2-00570-6, H. John Hall, J., entered January 25, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.